# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

YVELAN PIERRE,

    Plaintiff,

v.                                                        CASE NO. 4:15cv148-RH/GRJ

D. PADGETT et al.,

    Defendants.

_____/

## ORDER DENYING SUMMARY JUDGMENT

This case is before the court on the magistrate judge's report and recommendation, ECF No. 136 and the objections ECF No. 137. I have reviewed de novo the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is accepted. The plaintiff's motion for summary judgment against the defendant Matthew Coulliette, ECF No. 124, is denied. The case is remanded to the magistrate judge for further proceedings.

    SO ORDERED on October 20, 2017.

                                             s/Robert L. Hinkle
                                             United States District Judge