# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

YVELAN PIERRE,

    Plaintiff,

v.                                  CASE NO. 4:15cv148-RH/GRJ

D. PADGETT et al.,

    Defendants.

_____/

## ORDER FOR NONJURY TRIAL

As confirmed by the second pretrial order, which was entered on February 27, 2018, this case is set for trial on March 19, 2018. That order indicated this would be a jury trial, but the sole remaining claim is for nominal damages. The Seventh Amendment preserves the right to a jury trial on a claim for damages exceeding $20. There is no right to a jury trial on the sole remaining claim in this case.

IT IS ORDERED:

The trial remains set for Monday, March 19, 2018. The trial will be to the court sitting without a jury. The trial will begin at 10:00 a.m.

SO ORDERED on March 6, 2018.

                                            s/Robert L. Hinkle
                                            United States District Judge